IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY EDWIN SHARP II, A.K.A.<br>GARY EDWIN SHARP JR. AND<br>JOSHUA RYAN TAYLOR | Criminal Action No.<br><br>1:14-CR-229-TCB-RGV |

### ORDER

This matter is before the Court for consideration of the parties' joint motion to continue the pretrial conference. The motion is GRANTED. The pretrial conference is scheduled for January 14, 2015, at 10:00, and pretrial motions shall be filed by January 7, 2015.

The Court finds that the interests of justice in continuing the pretrial conference to a date when counsel for all parties will be able to attend substantially outweigh the interests of the public and defendants in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable the time between December 30, 2014 and January 14, 2015. *See* 18 U.S.C. § 3161(h)(7)(A).

So ordered this  10th  day of December 2014.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Prepared by
Christopher C. Bly, Assistant United States Attorney